UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**BADGER SHEET METAL WORKS OF
GREEN BAY, INC.,**
   Plaintiff,

  v.            Case No. 15-C-1051

**PROCESS PARTNERS, INC.,**
   Defendant.

---

## DECISION AND ORDER

  When the plaintiff filed the present action, it indicated on the civil cover sheet that it should be assigned to the Milwaukee Division of this district. However, civil cases having the greatest nexus with the counties comprising the Green Bay Division are to be filed there. See General Order Regarding Assignment of Cases to the United States District Judge Designated to Hold Court in Green Bay, Wisconsin § 1.A (E.D. Wis. Nov. 10, 2004). This case involves an action for breach of contract that was originally filed in Brown County, one of the counties within the Green Bay Division. The plaintiff is a corporation with its principal place of business in De Pere, Wisconsin, which is in Brown County. The defendant has its principal place of business in Michigan. The action has no apparent connection to the counties comprising the Milwaukee Division of this district. For these reasons, I conclude that this action has the greatest nexus with the Green Bay Division and will order the Clerk of Court to transfer the case there.

  Accordingly, **IT IS ORDERED** that the Clerk of Court shall **TRANSFER** this action to the Green Bay Division.

Dated at Milwaukee, Wisconsin, this 31st day of August, 2015.

s/ Lynn Adelman

LYNN ADELMAN
District Judge